# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KEITH COLEY ADC #94008**                                                              **PLAINTIFF**

**VS.**                                        **4:18-CV-00296-BRW**
**WENDY KELLEY, Director,**
**Arkansas Department of Corrections,** *et al*.                                        **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of May, 2018.

                                                                    /s/ Billy Roy Wilson
                                                                    UNITED STATES DISTRICT JUDGE